**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-cv-374-GCM**

| | |
|---|---|
| **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE CHARTER OAK FIRE INSURANCE COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | |
| Plaintiffs, | **ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| **NYBORG INTEGRATED LOGISTICS, INC.,** | |
| Defendant. | |

THIS CAUSE COMING BEFORE THE COURT for entry of default judgment by the Clerk pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default judgment against Nyborg Integrated Logistics, Inc. .

IT APPEARING TO THE COURT that Plaintiffs' claim is for a sum certain, Defendant has been defaulted for not appearing, and Defendant is not a minor, incompetent person, or in active military service.

NOW THEREFORE, default judgment is hereby entered against Defendant Nyborg Integrated Logistics, Inc. for $97,397.11, plus interest at the legal rate of 8% per annum from August 23, 2017 and $423.97 in costs and expenses.

Signed: December 11, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court